IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIA JIN-WOLFSON, *Plaintiff*, v. LAFAYETTE COLLEGE, *Defendant*. | CIVIL ACTION NO. 23-CV-4005-JMG |

**STIPULATION AND PROPOSED ORDER EXTENDING THE TIME FOR DEFENDANT LAFAYETTE COLLEGE TO RESPOND TO COMPLAINT**

**WHEREAS**, the Complaint in the above-referenced putative class action was filed on October 17, 2023 and served on Defendant Lafayette College ("Lafayette") on October 19, 2023; and,

**WHEREAS,** Lafayette's deadline to answer or otherwise respond to the Complaint is presently November 9, 2023; and,

**WHEREAS**, Ballard Spahr was only recently retained to represent Lafayette in this matter; and,

**WHEREAS**, counsel for the parties met and conferred by telephone on November 6, 2023 and agreed to stipulate to an extension for Lafayette to respond to the Complaint; and,

**WHEREAS**, Lafayette has not previously sought nor obtained any extension to respond to the Complaint; and,

**WHEREAS**, no Scheduling Order has been entered in this matter and therefore the extension requested will not affect the timing of summary judgment motions or trial;

**IT IS hereby STIPULATED and AGREED** by and among the undersigned counsel that the time for Lafayette to respond to the Complaint shall be extended until **December 7, 2023**.

| | |
|---|---|
| LYNCH CARPENTER, LLP | BALLARD SPAHR, LLP |
| | |
| */s/ Gary F. Lynch* _____ | */s/ Marcel S. Pratt* _____ |
| Gary F. Lynch | Marcel S. Pratt |
| Jamisen A. Etzel | Burt M. Rublin |
| Nicholas A. Colella | John W. Scott |
| 1133 Penn Avenue, 5th Floor | 1735 Market Street, Fl. 51 |
| Pittsburgh, PA 15222 | Philadelphia, PA 19103-7599 |
| (412) 322-9243 | (215) 665-8500 |
| gary@lcllp.com | prattm@ballardspahr.com |
| jamisen@lcllp.com | rublin@ballardspahr.com |
| nickc@lcllp.com | scottj@ballardspahr.com |
| | |
| Michael A. Tompkins, Esq. | *Attorneys for Defendant Lafayette College* |
| Anthony Alesandro | |
| LEEDS BROWN LAW, P.C. | |
| One Old Country Road, Suite 347 | |
| Carle Place, NY 11514 | |
| (516) 873-9550 | |
| mtompkins@leedsbrownlaw.com | |
| aalesandro@leedsbrownlaw.com | |
| | |
| *Attorneys for Plaintiff Julia Jin-Wolfson* | |

Dated:  November 6, 2023

**IT IS SO ORDERED**

November  7 , 2023

/s/ John M. Gallagher
Hon. John M. Gallagher
United States District Judge

2