IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JULIA JIN-WOLFSON**, on behalf of herself and all others similarly situated, Plaintiff, v. **LAFAYETTE COLLEGE**, Defendant. | Civil No. 5:23-cv-04005-JMG |

**SECOND AMENDED SCHEDULING ORDER**

**AND NOW**, this 11th day of October, 2024, upon consideration of the letter dated October 10, 2024 and the Stipulation dated October 10, 2024, **IT IS HEREBY ORDERED** that the Amended Scheduling Order (ECF No. 29) is **AMENDED** as follows:

1. Phase 1 fact and expert discovery deadline shall be extended until **October 31, 2024.**

2. A status conference with counsel is scheduled for **Thursday, October 31, 2024** at **2:00 p.m.** Plaintiff's counsel shall provide the Court and opposing counsel with conference bridge details (such as a telephone number and access code) no later than **October 21, 2024**.

3. All other dates and deadlines in the Amended Scheduling Order (ECF No. 29) shall remain.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge