IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIA JIN-WOLFSON, *on behalf of herself and all others similarly situated*,<br><br>     Plaintiff,<br><br>v.<br><br>LAFAYETTE COLLEGE,<br><br>     Defendant. | Case No. 5:23-cv-04005-JMG |

### PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND CASE CONTRIBUTION AWARD TO SETTLEMENT CLASS REPRESENTATIVE

Through undersigned counsel, Plaintiff Julia Jin-Wolfson ("Plaintiff") respectfully moves this Court for approval of reasonable attorneys' fees, costs, and case contribution award to Settlement Class Representative pursuant to the proposed Stipulation of Settlement that this Court preliminarily approved in its Order dated March 24, 2025. Plaintiff moves for an award of attorneys' fees in the amount of $152,234.78 and litigation expenses in the amount of $83,772.90 with such amounts to be paid from the Settlement Fund in accordance with the terms of the Settlement. Plaintiff additionally moves for a Case Contribution Award to the Settlement Class Representative in the amount of $7,500.00. In further support of this Motion, Plaintiff refers the Court to the attached memorandum of law and the Declarations of Nicholas A. Colella and Michael Tompkins.

Dated: June 9, 2025 

Respectfully submitted,

/s/ *Nicholas A. Colella*
Nicholas A. Colella
PA ID No. 332699
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
NickC@lcllp.com

Michael Tompkins, Esq.*
Anthony Alesandro, Esq.*
**Leeds Brown Law, P.C.**
1 Old Country Road, Suite 347
Carle Place, NY 11514
516.873.9550
mtompkins@leedsbrownlaw.com
aalesandro@leedsbrownlaw.com

*Pro Hac Vice*

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on June 9, 2025, a true and correct copy of the foregoing was filed through the Court's Electronic Case Filing (ECF) System and that the following attorneys of record are registered to receive notice of said filing through ECF:

*/s/ Nicholas A. Colella*
Nicholas A. Colella